# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **21 Mag. 3583**  Date **May 25, 2021**

USAO No. **2020R01002**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint  ☐ Removal Proceedings in

*United States v.* **Jonathan Rodriguez and Victor Almonte**

The Complaint/Rule 40 Affidavit was filed on **April 1, 2021**

✓ *U.S. Marshals please withdraw warrant*

*ELIZABETH ESPINOSA*
Digitally signed by ELIZABETH ESPINOSA
Date: 2021.05.24 21:02:11 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **5/26/21**

*Barbara Moses*

UNITED STATES MAGISTRATE JUDGE